# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>ENRIQUE GIL ROJANO<br>*Defendant(s)* | Case No. 3:25mj182-SCR |

**FILED**
CHARLOTTE, NC
JUL 03 2025
US DISTRICT COURT
WESTERN DISTRICT OF NC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 25, 2025__ in the county of __Gaston__ in the __Western__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C § 1326(a) | Reentry of a removed alien |

This criminal complaint is based on these facts:

See Attached Affidavit.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Luis Salinas, HSI Special Agent
*Printed name and title*

_____
*Judge's signature*

Date: 07/03/2025

City and state: Charlotte, North Carolina

The Hon. Susan C. Rodriguez, US Magistrate Judge
*Printed name and title*