Case: USA v. Enrique Gil Rojano
Case #: 3-25-mj-182

**Translation**

Reference Letter from Jose Agustin

July 10, 2025

I have known Enrique Gil for 25 years. He is a person of good moral character, very hardworking, and responsible with his family and with everyone he has ever interacted with.

**Certification:**
*I, Noe Murillo, a Federally Certified Court Interpreter, hereby certify that I am competent to translate from Spanish into English and that the foregoing is a true and accurate translation of the original document. In rendering this translation, I have made minor grammatical adjustments and added punctuation where necessary in order to ensure clarity, accuracy, and fidelity to the meaning and intent of the original text in the target language.*

# Angel Acevedo

**From:** Jose Agustin <jagustin1006@gmail.com>
**Sent:** Thursday, July 10, 2025 6:34 PM
**To:** Angel Acevedo
**Subject:** Enrique Gil Rojano

You don't often get email from jagustin1006@gmail.com. Learn why this is important

**EXTERNAL SENDER**

Conozco a Enrique Gil desde 25 años ,es una persona de buena moral muy trabajador y responsable con su familia y con todas las personas que siempre a convivido.

| From: | COREY ALSTON |
|---|---|
| To: | Angel Acevedo |
| Subject: | Enrique Gil Rojano |
| Date: | Friday, July 11, 2025 8:44:00 AM |

[You don't often get email from coreyjya04@gmail.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL SENDER

Enrique Gil Rojano he's a great person he's a fantastic dad he would do anything for his family no matter what it is or the condition it is. He's always working he has more work ethic than anybody I know. Enrique is a guy that would set down and listen to you when you have a problem. He's just a great guy to talk to, not a lot of people would do that. He fixed up a house by himself people here don't do that unless they're rich. And he has done nothing wrong to this country he works hard, he has a family that he takes care of pretty fantastic! And that's only knowing him for a few years. He's done so much her it's unbelievable truly!!
From: Corey Jacob Young Alston

| From: | Yessica Agustin |
|---|---|
| To: | Angel Acevedo |
| Subject: | Enrique Gil Rojano |
| Date: | Friday, July 11, 2025 7:35:04 AM |

You don't often get email from yessicaiveth414@gmail.com. Learn why this is important

**EXTERNAL SENDER**

To whom this may concern,

My name is Yessica and I'm Enrique's half sister. Although our age difference is about 20 years we have grown very close. His such an incredible person and would do anything for his family. Enrique has 2 sons who he loves very much and would give them what he never had growing up. He has always made it a point to be an outstanding father for his sons to look up to. He has always strived to work hard and persevere past any obstacle. This man has worked in a lot of different places and knows so much. He has contributed where he is needed and will never deny someone a helping hand. I understand that what he did was not the correct approach but he ultimately did what he had to do to have a better life. Coming into this amazing country is dream that most people will never experience. So please have it upon yourself to show mercy and deport him to his loving family. Thank you for taking the time to read this.

| From: | Nicholas Strusis |
|---|---|
| To: | Angel Acevedo |
| Subject: | Enrique Gil Rojano |
| Date: | Friday, July 11, 2025 12:12:07 AM |

You don't often get email from strusistileinstallations@gmail.com. Learn why this is important

**EXTERNAL SENDER**

Dear Judge,

I respectfully submit this letter on behalf of my nephew-in-law, Enrique Gil Rojano. I write to humbly ask for your compassion and leniency in his case. If it is not within your power to allow him to remain in the United States, I kindly ask that you grant him the ability to return safely to his home country of Mexico.

As a small business owner and responsible citizen, I have known Enrique personally for many years. I can confidently vouch for his character as an outstanding and upstanding individual. He is a hardworking man whose kindness and integrity touch the lives of everyone he meets. He is not only an essential part of our family but also a valued member of his community.

Enrique has worked tirelessly to build a stable life for himself and his loved ones. His absence would be a tremendous loss, not only to his family but to countless others who rely on his support, generosity, and hard work. Removing him from his life here would harm many people who depend on his presence and contributions.

I respectfully ask that you consider Enrique's character, his contributions, and the significant positive impact he has on those around him. Please rule in his favor, within the bounds of your power and the law.

Thank you for your time and understanding.

Sincerely,

Nicholas Spiro Strusis

Strusis Tile Installations

| | |
|---|---|
| **From:** | Joshua Gibson |
| **To:** | Angel Acevedo |
| **Subject:** | Enrique Gil Rojano |
| **Date:** | Thursday, July 10, 2025 9:22:36 PM |

[You don't often get email from jgibby26@icloud.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL SENDER

To whom this may concern,

Hope this email finds you well. I met my brothers brother in law, Enrique Gil Rojano years ago. We all went out for dinner for a celebration. Upon meeting him I had the pleasure of meeting his son Henry as well. They were very beautiful souls. Enrique told me his story of perseverance and how he is dedicated to making a better life for his son. He genuinely cared about people, but he adorned his son. He taught me about soccer and we discussed other sports. I understand and respect the laws of our great nation and I too agree with giving people in this great nation a chance to succeed and come to our country if they do it the right way. I do not believe however that Enrique is an endangerment to society and that he should be incarcerated for being in our country. To whom this may concern I do believe Enrique should be given a chance to go back to his place of origin and that he may be given a fair chance to come back to our country, given he follows the law and it is done legally. Thank you for taking the time to read this and I pray and hope that this reaches your heart and soul. I pray that you do what is right by God and the law and treat Enrique fair and justly. That he may have an opportunity to live without chains, without being behind bars and have the opportunity to see his son and family who love him dearly soon.
Thank you God Bless.
Sent from my iPhone

| From: | Lesly Gil |
|---|---|
| To: | Angel Acevedo |
| Date: | Thursday, July 10, 2025 8:30:17 PM |

You don't often get email from leslyloveherbrother1@gmail.com. Learn why this is important

**EXTERNAL SENDER**

To whom this may concern,

My name is Lesly Gil Camacho, I am the niece of Enrique Gil Rojano who I understand that has a court appearance schedule tomorrow.

I am writing to express my heartfelt support of my uncle. I may not see him often but Enrique has always been deeply loving and a supportive family member. He has consistently shown up for his family in the times in need, and his presence has made a lasting impact on us. He's an amazing cook with every meal he prepares is made with love and care. His cooking brings our family together and it is one of his way showing love to his family. Mostly importantly he is a devoted father to his two son's, whom he loves and cares for deeply.

Warm regards,

Lesly Gil Camacho

7/10/2025

**Honorable Judge,**

First and foremost, I would like to thank you for taking the time to read this letter. My name is Ana Ramos, and I am writing on behalf of my dear friend, Enrique Gil Rojano. I have known Enrique for over 20 years, as I have worked closely with his brother for about 25 years.

Your Honor, I am fully aware of the serious circumstances surrounding Enrique's case, and I am not here to minimize the gravity of his offenses. However, I hope to provide insight into Enrique's personal life in the hope of making a merciful request.

Enrique is a father of two, a 21-year-old and a newly 1-year-old baby boy. He is a provider for his partner and his baby boy. Throughout his time in this country, Enrique has worked hard to support his family and contribute positively to his community. He attended school here and has used his education to assist others detained while awaiting immigration proceedings by translating documents and orders from officials. Additionally, Enrique has been a selfless member of the community, often helping those who lacked additional funds during the holiday season. On several occasions, while working as a Christmas tree vendor, he covered the cost of Christmas trees for families in need, gifting them when they couldn't afford them.

That being said, Your Honor, I respectfully ask that you consider deportation as an alternative to prison time. Deportation would allow Enrique to return to his home country, where he can care for his elderly father and rebuild his life. Although this would be far from the life he has built here in the United States, Enrique would have a place to return to, and the opportunity to use the education he obtained here to seek employment in Mexico. We respectfully request that you allow him the chance to rebuild his life and contribute to his family in Mexico. Serving prison time would not offer the same prospects for personal growth and rehabilitation.

I will continue to emotionally support my friend, even from afar, to help him rebuild his life and ensure he does not break the law of the United States again by attempting to re-enter the country illegally. I understand that the court must weigh both the legal implications and the broader impact of this case. I respectfully submit that deportation, rather than prison, would allow Enrique to return to his home country and pursue a life focused on mental rehabilitation, rather than punishment.

Your Honor, I have the utmost respect for our judicial system and the difficult decisions the court must make. I humbly ask that you consider my request for deportation instead of prison time, as I believe this would give Enrique the opportunity to make amends, contribute positively to society, and prevent further hardship to his family that remains in the United States.

Thank you for your time and consideration.

**Sincerely,**
Ana Ramos

| From: | Marina Rojano-Strusis |
|---|---|
| To: | Angel Acevedo |
| Subject: | Client Enrique Gil Rojano |
| Date: | Thursday, July 10, 2025 7:37:41 PM |

You don't often get email from marinarojano@gmail.com. Learn why this is important

**EXTERNAL SENDER**

Dear Judge,

I am writing this letter on behalf of my nephew, Enrique Gil Rojano to respectfully ask for your compassion and understanding as you consider his case. I have known Enrique my entire life, as we are close in age and were raised together like siblings. I can sincerely say he has always been a kind, caring, and a hardworking person.

Enrique has been a constant source of support and protection for me, especially during one of the most difficult times in my life, that is the loss of my late husband, Jason Woodford. During that period, Enrique stood by my side, offering comfort and help when I needed it most. This is just one example of the loving and selfless character he demonstrates in his daily life.

Enrique's purpose in life is simple yet meaningful to work hard, live honestly, and build a healthy and positive future. He is not only a loving family member but also a person who values responsibility and dedication in his work and personal life.

I humbly ask that you take his good character, compassion, and work ethic into consideration in your decision. I respectfully beg for mercy and leniency, as I truly believe Enrique is capable of continuing to contribute positively to his family and community if given the opportunity.

Thank you for your time and consideration.

Sincerely,

Marina Rojano De Woodford

| From: | Alexsandra Colvin |
|---|---|
| To: | Angel Acevedo |
| Subject: | Enrique Gil Rojano |
| Date: | Thursday, July 10, 2025 7:25:30 PM |

[You don't often get email from alliec0207@icloud.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL SENDER

My uncle has been an amazing father to his two kids and also an amazing person to everyone around him. He is always there when you need him, he's always there as a listening ear. This man has made a huge impact in my life for as long as i've known him. He was always there for me, supporting me at my soccer games, anything school related he was there to support me. He is an amazing person. I met him when i was around 10 years old due to me not being able to see my father up until that timeframe. As soon as I met my uncle he became one of my favorite people ever. He always invited me over to play soccer or train for soccer games. I trained with him and his eldest son, my cousin. He invites everyone over for dinner or even brunches sometimes, and he never let anyone go without. My Uncle has done so much for me and every person around him. He is an amazing man & I miss him dearly.

| From: | Juanita Rojano |
|---|---|
| To: | Angel Acevedo |
| Subject: | Enrique Gil Rojano |
| Date: | Thursday, July 10, 2025 6:31:01 PM |

[You don't often get email from j21rojano@yahoo.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

EXTERNAL SENDER

Dear Sir/Madam

My name is Juanita Rojano, and I am writing on behalf of my nephew by marriage Enrique Gil Rojano.

I have known Enrique for 25 plus years since I married into the family.
Ever since I've known him, he has shown to be an outstanding person, who has consistently demonstrated integrity, and wholeheartedly dedication for his loved ones.
I can also say he is a hardworking man. Always providing for his family.

In summary, Enrique Gil Rojano is an exceptional person whose professional accomplishments and personal integrity has always been known to everyone.
One that you can always count on because he will be there in a heartbeat if ever needed help for anything.

Please we ask, that he be deported back to his country of origin as soon as possible.
He will be more resourceful and in better condition in his home state.

Sincerely,

Juanita Rojano


Sent from my iPhone




Sent from my iPhone

Ingrid Toth

Rialto, CA

909-770-4155

Ingridmonroy13@yahoo.com

July 10, 2025

RE: Letter of Support for Enrique Gil Rojano

Dear Whom Ever It Concerns,

My name is Ingrid Toth, I am writing to Support my Cousin Enrique Gil Rojano. My dear cousin is very much loved, as to the circumstances that he is under we would love for him to have a chance to come back home. As my oldest cousin he would take care of all his small cousins like myself.

He deserves this opportunity to come back home and provide for his family and parents. I've always looked up to Enrique to guide me and support all my goals. His positive attitude and his laughter brings, in so many friends. Enrique is very smart. Loves to help. My cousin Enrique is always determine to better himself.

Should any further information be needed, I can be contacted by phone or email address.

Thank you for your time and consideration.

Sincerely,

Ingrid Toth

To whom this may concern,

Please be advised that I have extensive knowledge of Mr.
Enrique Gil Rojano, and I can assure you that he is
a person of integrity, stability, fully responsible, and competent for any type of activity or task entrusted to him.

Therefore, I have no problem highly recommending him, and I thank you in advance for any attention and assistance you may provide.

This letter is issued for any legal purposes that may be of interest to the interested party.

Thank you for your time and patience.

Sincerely,
Diana Carter
9092020423